UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Darryl L. Brown**
*individually and on behalf of any and all similarly situated consumers*

Plaintiff,

Case No.: 1469
1:11-cv-01470-BEL

V

**Portfolio Recovery Associates, LLC**

Defendant                                  NOVEMBER 4, 2011

NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

APPROVED THIS 8th DAY OF November 2011
Benson Everett Legg
BENSON EVERETT LEGG, U.S.D.J.